**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Fenner Investments, Ltd., <br><br>    Plaintiff, <br><br>    v. <br><br>Cellco Partnership d/b/a Verizon Wireless, <br>MetroPCS Communications, Inc., <br>MetroPCS Wireless, Inc., and <br>MetroPCS Texas, LLC <br><br>    Defendants. | Civil Action No. 6:11-cv-348-LED |

**DEFENDANTS METROPCS COMMUNICATIONS, INC.,
METROPCS WIRELESS, INC., AND METROPCS TEXAS, LLC'S
<u>AMENDED RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants MetroPCS Communications, Inc., MetroPCS Wireless, Inc., and MetroPCS Texas, LLC, by and through their undersigned counsel, state as follows:

1.    MetroPCS Communications, Inc. has no corporate parent. Capital Research Global Investors is the only entity that owns 10% or more of the stock of MetroPCS Communications, Inc.

2.    MetroPCS, Inc. is the corporate parent of MetroPCS Wireless, Inc., and no publicly held corporation owns ten percent (10%) or more of the stock of MetroPCS Wireless, Inc.

3. MetroPCS Wireless, Inc. is the corporate parent of MetroPCS Texas, LLC and no publicly held corporation owns ten percent (10%) or more of the stock of MetroPCS Texas, LLC.

Dated:  April 16, 2012                                    Respectfully submitted,

        **McKOOL SMITH, P.C.**
        */s/ Steven J. Pollinger*
        *(by E. Glenn Thames, Jr., with permission)*
        Steven J. Pollinger
        Texas Bar Number 24011919
        spollinger@mckoolsmith.com
        Kathy H. Li
        Texas Bar Number 24070142
        kli@mckoolsmith.com
        300 W. 6th Street, Suite 1700
        Austin, TX  78701
        Telephone:  (512) 692-8700
        Fax:  (512) 692-8744

        **McKOOL SMITH, P.C.**
        Brett E. Cooper
        New York State Bar No. 4011011
        bcooper@mckoolsmith.com
        One Bryant Park, 47th Floor
        New York, New York 10036
        Telephone:  (212) 402-9400
        Fax:  (212) 402-9444

        E. Glenn Thames, Jr.
        Texas Bar No. 00785097
        glennthames@potterminton.com
        POTTER MINTON, P.C.
        110 N. College Avenue, Suite 500
        Tyler, TX  75702
        Telephone:  903-597-8311
        Facsimile: 903-593-0846

        Garreth A. Sarosi
State Bar No. 24039373
MetroPCS Communications, Inc.
2250 Lakeside Boulevard
Richardson, TX 75082
Tel: 469-330-4784
Fax: 866-715-8790
Email: gsarosi@metropcs.com

**ATTORNEYS FOR DEFENDANTS METROPCS COMMUNICATIONS, INC., METROPCS WIRELESS, INC., and METROPCS TEXAS, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 16, 2012. All other counsel of record will be served by first class mail.

        */s/ E. Glenn Thames, Jr.*
        E. Glenn Thames, Jr.