**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **FENNER INVESTMENTS, LTD.** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:11-cv-348** |
| | § | |
| **CELLCO PARTNERSHIP d/b/a** | § | **JURY TRIAL** |
| **VERIZON WIRELESS,** | § | |
| **METROPCS COMMUNICATIONS,** | § | |
| **INC., METROPCS WIRELESS, INC.,** | § | |
| **and METROPCS TEXAS, LLC,** | § | |
| | § | |
| **DEFENDANTS.** | § | |
| | § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO METROPCS**

Pursuant to Fed. R. Civ. P. 41, the parties to this case have resolved their respective

claims and therefore stipulate to the dismissal with prejudice of all claims of Plaintiff Fenner

Investments, Ltd. ("Fenner") against Defendants MetroPCS Communications, Inc., MetroPCS

Wireless, Inc., and MetroPCS Texas, LLC ("MetroPCS") and all claims of MetroPCS against

Fenner.  All attorneys' fees, costs of court and expenses shall be borne by each party incurring

the same.  The parties agree that the Agreed Protective Order ("PO") shall remain in effect

following the dismissal of this case and that any post-dismissal disputes regarding any alleged

PO violations shall be resolved by the Eastern District of Texas, Tyler Division.

DATED:  April 12, 2013.

Respectfully Submitted,

**LOEWINSOHN FLEGLE DEARY, L.L.P.**    **McKOOL SMITH, P.C.**

/s/ Jim L. Flegle    /s/ Brett Cooper (w/ perm. Jim Flegle)
Jim L. Flegle, TBN #07118600 (lead counsel)    Steven J. Pollinger
David R. Deary, TBN #05624900    Texas Bar Number 24011919
Peter J. Thoma, TBN #19841200    spollinger@mckoolsmith.com
Corey Weinstein, TBN #24037685    Kathy H. Li
12377 Merit Drive, Suite 900    Texas Bar Number 24070142
Dallas, Texas 75251-2224    kli@mckoolsmith.com
(214) 572-1700 Telephone    300 W. 6th Street, Suite 1700
(214) 572-1717 Telecopy    Austin, TX 78701
JimF@lfdlaw.com    Telephone: (512) 692-8700
DavidD@lfdlaw.com    Fax: (512) 692-8744
PeterT@lfdlaw.com
CoreyW@lfdlaw.com    Brett E. Cooper
    New York State Bar No. 4011011
**ATTORNEYS FOR PLAINTIFF,**    bcooper@mckoolsmith.com
**FENNER INVESTMENTS, LTD.**    One Bryant Park, 47th Floor
    New York, New York 10036
    Telephone: (212) 402-9400
    Fax: (212) 402-9444

    **ATTORNEYS FOR DEFENDANTS**
    **METROPCS COMMUNICATIONS,**
    **INC., METROPCS WIRELESS, INC.,**
    **and METROPCS TEXAS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on April 12, 2013, in compliance with the Court's Standing Order Designating Case for Enrollment in the Electronic Case Files "ECF" System and has been served on all counsel who have consented to electronic service and all other counsel by regular mail.

/s/ Jim L. Flegle